**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6069**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RICHARD M. PATTERSON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CR-97-60)

———————

Submitted:  March 6, 2003          Decided:  March 17, 2003

———————

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard M. Patterson, Appellant Pro Se. Michael Edward Rich, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard M. Patterson appeals the district court's orders denying his request for "a transcript of the return of the indictment hearing" and of a "transcript of the grand jury" and motion to reconsider. We have reviewed the record and the district court's orders find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Patterson, No. CR-97-60 (E.D. Va. Oct. 11, 2002; Nov. 6, 2002). We also note that to the extent that Patterson seeks a transcript of sealed grand jury testimony, he has failed to demonstrate the "strong showing of particularized need" necessary to justify disclosure under Fed. R. Crim. P. 6(e)(3). United States v. Sells Eng'g, Inc., 463 U.S. 418, 443 (1983). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED